# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1378

American Electric Power Service Corporation, et al.

Petitioners

City Utilities of Springfield, et al.

Intervenors

v.

Federal Energy Regulatory Commission

Respondent

Southwest Power Pool, et al.

Intervenors

_____

Petition for Review of an Order of the Federal Energy Regulatory Commission
(ER22-1846-003)
_____

**ORDER**

Respondent's Motion to Transfer Venue over this petition for review to the United States Court of Appeals for the District of Columbia is granted. The clerk shall transfer the case to the Clerk of the D.C. Circuit.

April 11, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans